# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHLEEN POWELL, JEREMY
PHILLIPS, BRANDI PHILLIPS,
DONALD DAWSON, BARBARA
DAWSON, MICHAEL MONTALBANO,
EVELYN MONTALBANO, MITCHELL
KIMBALL, AND KATHERINE
KIMBALL

VERSUS

STATE OF LOUISIANA THROUGH
THE TERREBONNE LEVEE AND
CONSERVATION DISTRICT,
TERREBONNE PARISH
CONSOLIDATED GOVERNMENT, AND
COASTAL PROTECTION AND
RESTORATION AUTHORITY

NO.  2025 CW 1331

**MARCH 23, 2026**

---

In Re:    Kathleen  Powell,  Jeremy  Philips,  Donald  Dawson,
Barbara  Dawson,  Michael  Montalbano,  Evelyn  Montalbano,
Mitchell  Kimble,  Katherine  Kimble,  and  Milton
Constransitch,  applying  for  supervisory  writs,  32nd
Judicial  District  Court,  Parish  of  Terrebonne,  No.
190344.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT